SHANE BRUN (SBN 179079)
*sbrun@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*rwalsh@goodwinlaw.com*
ANJALI MOORTHY (SBN 299963)
*amoorthy@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
MOOV INC. D/B/A
MOOV FITNESS INC.

GRANTED

Judge Yvonne Gonzalez Rogers

4/10/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOOV INC. D/B/A MOOV FITNESS INC., <br><br> Defendant. | Case No. 4:17-cv-05929-YGR <br><br> **[PROPOSED] JUDGMENT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

[PROPOSED] JUDGMENT

CASE NO. 4:17-CV-05929-YGR

| | |
|---|---|
| 1 | This action having come before the Court, and pursuant to the Court's Order (Dkt. No. 67) |
| 2 | granting Defendant Moov, Inc. d/b/a Moov Fitness Inc.'s ("Moov") Motion to Dismiss (Dkt. No. |
| 3 | 29) finding all asserted claims of U.S. Patent Nos. 8,738,794 (the "'794 Patent"), 8,892,752 (the |
| 4 | "'752 Patent"), and 9,749,847 (the "'847 Patent") directed to patent-ineligible subject matter and |
| 5 | therefore invalid pursuant to 35 U.S.C. § 101—IT IS HEREBY ADJUDGED AND ORDERED |
| 6 | that: |
| 7 | For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 67), claims 1–4, |
| 8 | 7, 9, 16–18, and 20–21 from the '794 Patent, claims 1, 2, 4, 5, and 12–14 from the '752 Patent, |
| 9 | and claims 1-3 from the '847 Patent are invalid pursuant to 35 U.S.C. § 101. |
| 10 | The foregoing claims of the '794, '752, and '847 Patents represent all pending claims at |
| 11 | issue in this case. |
| 12 | WHEREFORE JUDGMENT is entered in this case in favor of Defendant Moov and |
| 13 | against Plaintiff Cellspin Soft, Inc. |

Dated: ___April 10___, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document including all of its attachments with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **April 10, 2018**. I further certify that service will be accomplished by the CM/ECF system and paper copies shall be served by first class mail, postage prepaid on all counsel who are not served through CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **April 10, 2018**.

>     */s/ Shane Brun*
>     SHANE BRUN