**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:**  3/5/2021 | **Time:** 10:30am-1:04pm[total time for seven related cases] | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.: 17-cv-05928-YGR** | **Case Name:** Cellspin Soft, Inc. v. Fitbit, Inc. | |
| **Case No.: 17-cv-5929-YGR** | **Case Name:** Cellspin Soft. Inc. v. Moov Inc. | |
| **Case No.: 17-cv-5931-YGR** | **Case Name:** Cellspin Soft Inc v Nike, Inc. | |
| **Case No.: 17-cv-5932-YGR** | **Case Name:** Cellspin Soft, Inc. v. Under Armour, Inc. | |
| **Case No.:17-cv-5933-YGR** | **Case Name:** Cellspin Soft. Inc. v. Fossil Group, Inc. et al | |
| **Case No.: 17-cv-5934-YGR** | **Case Name:** Cellspin Soft Inc. v. Garmin International**, Inc.,** et al | |
| **Case No.: 17-cv-5936-YGR** | **Case Name:** Cellspin Soft Inc. v. Nikon Americas, Inc. | |

**Attorney for Plaintiff:** Michael Scott Fuller and Randall Garteiser

**Attorney for Defendant:**
 Karim Oussayef; Jaime Kringstein; Noel Chakkalakal; for Defendant Fossil Group and Fitbit;
 Shane Brun for Moov Inc.
Rick Mulloy for Defendant Nike
Mike Kella for Under Armour Inc.
Rachael Lamkin for Defendant Garmin;
Yuka Teraguchi and for Defendant Nikon Americas, Inc.

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Pam Hebel


**PROCEEDINGS**
CLAIM CONSTRUCTION HEARING HELD VIA ZOOM WEBINAR.

**Wednesday, 3/10/2021 no later than 5:00PM as stated on the record, counsel may file a six page brief allowing an attachment of portion of the patent with numbered paragraphs**

 **Compliance Deadline set Friday, March 19, 2021 at 9:01am**
**Joint filing with a schedule going forward for these related cases is due Friday, 3/12/2021.**

All of the cases listed[ in these minutes] will be set for Trial on the same date.
The oldest case to proceed first. If a case settles the next in order case will then be first up for Trial.