Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
M. Scott Fuller (TX State Bar No. 24036607)
    sfuller@ghiplaw.com
GARTEISER HONEA
795 Folsom St., Floor 1, San Francisco, CA  94107
119 W Ferguson, Tyler, TX  75702
Telephone:  (415) 785-3762
Facsimile:  (888) 908-4400

Attorneys for Plaintiff,
CELLSPIN SOFT INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>           Plaintiff<br>v.<br><br>FITBIT, INC.,<br>MOOV, INC.,<br>NIKE, INC.,<br>UNDER ARMOUR, INC.,<br>FOSSIL GROUP, ET AL.,<br>GARMIN INTERN., INC., ET AL.,<br>NIKON AMERICAS, INC.,<br><br>           Defendants. | **NOTICE OF SUBMITTED MATTERS AND NOTICE OF WITHDRAWAL OF PLAINTIFF'S SUPPORT FOR PROPOSED SCHEDULING ORDER**<br><br>Case No. 4:17-CV-05928-YGR<br>Case No. 4:17-CV-05929-YGR<br>Case No. 4:17-CV-05931-YGR<br>Case No. 4:17-CV-05932-YGR<br>Case No. 4:17-CV-05933-YGR<br>Case No. 4:17-CV-05934-YGR<br>Case No. 4:17-CV-05936-YGR |

Plaintiff Cellspin Soft, Inc. ("CS" or Plaintiff) respectfully files this notice of submitted maters under Civil L.R. 7-13, and to notice Plaintiff's withdrawal of its support for a pending Proposed Scheduling Order for all Related cases.

Cellspin is filing concurrently a motion to enlarge time for factual discovery and all subsequent deadlines by about 4 (four) months to avoid prejudice to Cellspin and other Related Defendants, who are all on the same schedule. Nike may require some additional time to respond to discovery requests Cellspin has already served but to date Nike has refused to provide discovery on related to a third of three Bluetooth Accused Wearables (Adapt shoes and App). A submitted motion is pending to include this third Nike wearable. See CS v. Nike, Case No. 4:17-cv-05931-YGR, Dkt. 157 (May 26, 2021).

| Filed | Case Name | Case No. | Dkt. | Title Motion Under Submission. |
|---|---|---|---|---|
| 11/2/20 | CS v. Garmin | 4:17-cv-05934-YGR | 133 | Defendants' Motion for Leave to Amend Their Invalidity Contentions |
| 5/26/21 | CS v. Nike | 4:17-cv-05931-YGR | 157 | Plaintiff's Notice and Motion for Leave to Supplement P.R. 3-1 to Add New Product Introduced After Start of Litigation |
| 5/28/21 | CS v. UA | 4:17-cv-05932-YGR | 137 | Joint Discovery Letter Brief |

Additionally, by this notice Cellspin withdraws its approval of a prior submission to the Court to enter a stipulated Proposed Joint Omnibus Scheduling Order, filed in *Cellspin Soft, Inc. v. Fitbit, Inc.*, Case No. 17-cv-5928-YGR, Dkt. 184 (March 12, 2021). It appears Defendants' productions took longer than they expected, as Defendants continue to produce

documents to date.  Defendants' production delay of basic technical information on the Accused Instrumentalities has caused a delay in depositions and scheduling of source code review.  In fact, most defendants are still refusing to update their discovery responses to confirm that the documents requested either do not exist or in the alternative, are being withheld due to a particular objection as required under Rule 34(b)(2)(A), (B).

As such, there is no reason for the Court or the parties to not apply the facts known to date to address the current discovery problems, which are easily cured with an extension in a case with no set schedule, including a final pretrial conference date.

Respectfully submitted,

Dated:  July 6, 2021                                GARTEISER HONEA

              */s/ Randall Garteiser*
              Randall T. Garteiser
              CA State Bar No. 231821
              Christopher A. Honea
              CA State Bar No. 232473
              M. Scott Fuller
              TX State Bar No. 24036607

              Attorneys for Plaintiff
              Cellspin Soft, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this documents was served on Defendants' Counsel via electronic mail via the Court's CM/ECF system.

            */s/ Randall Garteiser*
            Randall Garteiser