UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 12/16/2021 | Time: 9:00am- 9:50am[total time for all cases] | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No. 17-cv-5928-YGR** **Case No. 17-cv-5929-YGR** **Case No. 17-cv-5931-YGR** **Case No. 17-cv-5932-YGR** **Case No. 17-cv-5933-YGR** **Case No. 17-cv-5934-YGR** **Case No. 17-cv-5936-YGR** Related cases | Case Name: Cellspin Soft, Inc. v. Fitbit, Inc. Case Name: Cellspin Soft, Inc. v. Moov Inc.[**stayed**] Case Name: Cellspin Soft, Inc. v. Nike, Inc. Case Name: Cellspin Soft, Inc. v. Under Armour, Inc. Case Name: Cellspin Soft, Inc. v. Fossil Group, et al. Case Name: Cellspin Soft, Inc. v. Garmin Int'l Inc. et al. Case Name: Cellspin Soft, Inc. v. Nikon Americas, Inc. | |

**Attorney for Plaintiff:** Randall Garteiser and Scott Fuller
**Attorney for Defendant Fitbit LLC:** Karim Oussayef
**Attorney for Defendant Moov Inc**.: Shane Brun (as attendee today)
**Attorney for Defendant Nike:** Rick Mulloy
**Attorney for Defendant Under Armour**: Michael Kella
**Attorney for Defendant Fossil Group Inc**.: Karim Oussayef and Noel Chakkalakal
**Attorney for Defendant Garmin Int'l:** Rachael Lamkin
**Attorney for Defendant Nikon Americas Inc**.:Yuka Yeraguchi

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

## PROCEEDINGS
**FURTHER CASE MANAGEMENT CONFERENCE HELD VIA ZOOM WEBINAR VIDEOCONFERENCE IN ABOVE RELATED CASES**

**Plaintiff counsel shall submit verifications referenced on the record to the Court via e-mail within an hour after the hearing. Plaintiff counsel shall also submit the three expert reports of its damages expert Justin Blok to the Court via e-mail.**

**Counsel for Defendant Garmin shall submit a declaration and proposed Order to the Court regarding return of the Source Code as stated on the record.**

**Plaintiff's Administrative Motion to File under seal [261] – Granted by the Court**
**Plaintiff's Motion to Stay [262] – Denied by the Court**

**Expert Discovery Cutoff:  1/14/2022**