Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
M. Scott Fuller (TX State Bar No. 24036607)
    sfuller@ghiplaw.com
GARTEISER HONEA
795 Folsom St., Floor 1, San Francisco, CA  94107
119 W Ferguson, Tyler, TX  75702
Tel:  (888) 908-4400

Attorneys for Plaintiff,
CELLSPIN SOFT INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOOV, INC., <br><br> Defendant. | CASE NO. 4:17-CV-05929-YGR <br><br> **STATUS UPDATE PURSUANT TO COURT'S ORDER (DKT. NO. 192)** |

Pursuant to the Court's June 23, 2022 Order (Dkt. No. 192), the parties hereby submit their Joint Update stating the parties' positions on scheduling summary judgment motions. This Court stayed this case before the parties completed expert discovery.

Moov believes that a stay should remain in place pending complete resolution of the appeal of the related cases. Moov requests the opportunity to address the Court either through a conference with the Court as scheduled on Friday, July 22, 2022, or through briefing, before a schedule is put into place.

Cellspin interprets the Court's Order as requesting a summary judgment briefing schedule.

As an alternative to Moov's request to maintain the stay, the parties jointly present the following schedule that accounts for the parties' Rule 26 expert disclosure obligations, if any.

| Date | Description |
| --- | --- |
| September 30, 2022 | Parties serve initial expert reports. |
| October 30, 2022 | Parties serve rebuttal expert reports. |
| November 15, 2022 | Expert Discovery ends. |
| November 30, 2022 | Deadline to file 3-page Letter Briefs on proposed motions for summary judgment. |
| December 15, 2022 | Deadline to file 3-page Response to Letter Briefs. |
| At a date set by Court | Hearing and Conference with the Court. |

Cellspin's counsel, respectfully asks that if a hearing is held on July 22, that counsel be allowed to appear remotely via telephone or video conference.

.

Dated: July 16, 2022

By:    */s/ Randall Garteiser*
       PETER J. CORCORAN III
       State Bar No. 224181
       MICHAEL SCOTT FULLER
       TX State Bar No. 24036607
       RANDALL T. GARTEISER
       State Bar No. 231821
       CHRISTOPHER A. HONEA
       State Bar No. 232473

       *Attorneys for Plaintiff,*
       *CELLSPIN SOFT INC.*

By:    */s/ Shane Brun*
       SHANE BRUN (State Bar No. 179079)
       sbmn@kslaw.com
       KING & SPALDING LLP
       50 California St, Suite 3300
       San Francisco, CA 94111
       Telephone: +1 415 318 1200
       Facsimile: +1415318 1300

       *Attorney for Defendant*
       *MOOV INC. D/B/A MOOV FITNESS INC.*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:     July 15, 2022                                     */s/ Randall Garteiser*
                                                                   Randall Garteiser