# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 22, 2022    **Time:** 9:30 – 9:34    **Judge:** YVONNE GONZALEZ ROGERS
**Case No.:** 17-cv-05929-YGR    **Case Name:** Cellspin Soft, Inc. v. Moov Inc.

**Attorneys for Plaintiff:** Randall Garteiser and Scott Fuller
**Attorney for Defendant:** Shane Brun

**Deputy Clerk:** Aris Garcia            **Recorded via Zoom**

## PROCEEDINGS

Status Conference - HELD via Zoom.

The Court shall administratively close the case pending resolution of appeals for related cases.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            (x)    Court