UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MOOV INC.,<br><br>    Defendant. | Case No. 17-cv-05929-YGR<br><br>**ORDER** |

On October 14, 2021, the Court stayed this case pending resolution of the related actions against Fitbit (Case No. 4:17-CV-05928-YGR); Nike (Case No. 4:17-CV-05931-YGR); Under Armour (4:17-CV-05932-YGR); Fossil Grp. (4:17-CV-05933-YGR); Garmin (4:17-CV-05934-YGR); and Nikon (4:17-CV-05936-YGR). Dkt. No. 182.

Accordingly, given the procedural posture, **IT IS HEREBY ORDERED** that this case is **CLOSED** for statistical purposes only. Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the resolution of the related actions, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: July 22, 2022

YVONNE GONZALEZ ROGERS
United States District Judge